**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 22-7022**

———————

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

   v.

CHRISTOPHER J. BAILEY,

        Defendant - Appellant.

———————

Appeal from the United States District Court for the Southern District of West Virginia, at Charleston.  John T. Copenhaver, Jr., Senior District Judge.  (2:95-cr-00002-1)

———————

Submitted:  January 17, 2023                                Decided:  January 20, 2023

———————

Before KING, Circuit Judge, and TRAXLER, Senior Circuit Judge.*

———————

Affirmed by unpublished per curiam opinion.

———————

Christopher J. Bailey, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

———————

* The opinion is filed by a quorum of the panel pursuant to 28 U.S.C. § 46(d).

PER CURIAM:

Christopher J. Bailey appeals the district court's order denying his 18 U.S.C. § 3582(c)(1)(A) motion for compassionate release. We review a district court's order denying a compassionate release motion for abuse of discretion. *See United States v. Kibble*, 992 F.3d 326, 329 (4th Cir.) (stating standard of review), *cert. denied*, 142 S. Ct. 383 (2021). We have reviewed the record and conclude that the district court did not abuse its discretion. The court denied the compassionate release motion after determining that Bailey had not demonstrated extraordinary and compelling circumstances, discussing the applicable 18 U.S.C. § 3553(a) factors, and sufficiently explaining the reasons for the denial. *See United States v. High*, 997 F.3d 181, 188-91 (4th Cir. 2021) (discussing amount of explanation required for denial of straightforward compassionate release motion). We therefore affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aide the decisional process.

*AFFIRMED*